David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Toccarra Hines*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Toccarra Hines, <br><br> Plaintiff, <br><br> v. <br><br> MONARCH RECOVERY MANAGEMENT, INC., <br><br> Defendants. | Case No. 2:16-cv-00808-JCM-CWH <br><br> **JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO <u>MONARCH RECOVERY MANAGEMENT INC.</u>** |

Plaintiff Toccarra Hines hereby moves that the above-entitled action shall

…
…
…
…
…
…
…
…

be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) <u>**as to, Monarch Recovery Management Inc.**</u>. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: August 1, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Jeremy R. Alberts, Esq. |
| David H. Krieger, Esq. | Weinberg, Wheeler, Hudgins Gunn, & Dial |
| Nevada Bar No. 9086 | *Attorney for Defendant* |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 5, 2016
_____